IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ZOSTAVAX (ZOSTER VACCINE LIVE) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2848 |
| THIS DOCUMENT RELATES TO: ALL CASES | : : : | CIVIL ACTION NO. 18-md-2848 |

## PRETRIAL ORDER NO. 8

AND NOW, this 3rd day of October, 2018, it is hereby ORDERED that:

1. No action shall be filed with more than one plaintiff, and where applicable, a derivative plaintiff;

2. All complaints heretofore filed which name more than one plaintiff, and where applicable, a derivative plaintiff, are severed;

3. The first named plaintiff, and where applicable, derivative plaintiff, shall file an amended complaint with the civil action number of the original complaint;

4. The remaining plaintiffs, along with their derivative plaintiffs, shall file within 30 days separate individual complaints with new civil action numbers;

5. The new complaints of the severed plaintiffs shall be deemed to have been filed on and relate back to the date the original complaint was filed;

6. The filing fee already paid shall apply to the action of the first named plaintiff. In each of the new actions, the required filing fee shall be paid.

BY THE COURT:

*Harvey Bartle* J.